IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EBONE CLEMENTS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 12-6897** |
| **PIERCE-PHELPS, INC.,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW,** this 2nd day of July, 2014, upon consideration of Defendant's Motion for Summary Judgment (doc. no. 19), Plaintiff's response, and Defendant's reply, and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that the motion is **GRANTED**. Judgment is **ENTERED** in favor of Defendant. The Clerk shall mark the case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**